```
LUPE MARTINEZ, CSB 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
(408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

BERNDT INGO BRAUER
Attorney at Law
State Bar No. 96699
111 West St. John Street
Suite 555
San Jose, CA 95113
TEL: (408) 275-1290
FAX: (408) 275-1396
```

*E-FILED - 12/3/09*

Attorneys for Defendant
Janusz Lament

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-00666-RMW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | [] ORDER |
| JANUSZ LAMENT, | |
| Defendant. | |

    Defendant and the government through their respective counsel, Lupe Martinez and Berndt Ingo Brauer, and Assistant United States Attorney Gary Fry, hereby agree and stipulate that, subject to the Court's approval, sentencing in the above-entitled case be continued from November 30, 2009 at 9:00 a.m. to December 3, 2009 at 2:00 p.m.  The case was previously set for November 23, 2009, but continued to November 30, 2009 on the Court's own motion.

Stipulation To Continue Sentencing    - 1 -

This continuance is occasioned because undersigned counsel, Lupe Martinez, was previously scheduled to appear in Redwood City, California on November 30, 2009 at 8:30 a.m. in the case of *People v. Darrell Reed*, Nos. SC068742 A and SC 068106B.

Dated: November 28, 2009          s/s/ Lupe Martinez

LUPE MARTINEZ
Attorney for Defendant Janusz Lament

Dated: November 28, 2009          s/s/ Gary Fry

GARY FRY
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that sentencing in the above-entitled case is hereby continued from November 30, 2009 to December 3, 2009 at 2:00 p.m.

Dated: __12/3_____2009

_____
HONORABLE RONLD M. WHYTE
United States District Judge

Stipulation To Continue Sentencing      - 2 -